## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 cv 3401 | **DATE** | June 23, 2008 |
| **CASE TITLE** | Trustees v. Commercial Carpet Corp. | | |

**DOCKET ENTRY TEXT:**

This case is set for status September 3, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|