ClientCaseID:   N7683 AEPE
Law Firm ID:    WHITFIEL



CaseReturnDate: 7/16/08

Affidavit of Special Process Server

## ITED STATES DISTRICT COURT

Case Number **08CV3401**

I, TERRENCE RYAN

FIRST DULY SWORN ON OATH S... ES T... AT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF I... ...IS L... PARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN P... SS ... NVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## C... RPORATE SERVICE

THAT I SERVED THE WITHIN SU... ...D COMPLAINT
ON THE WITHIN NAMED DEFEN... ... C... mercial Carpet Corp.
PERSON SERVED JAMES HENR... L...BE... ER, REGISTERED AGENT
BY LEAVING A COPY OF EACH W... THE ...AID DEFENDANT ON 6/17/08

That the sex, race and approximate ... ... ...rson whom I left the **SUMMONS AND COMPLAINT**
are as follow:
Sex MALE  ... W...ITE  Age 57
Height 5'10"  ... MEDIUM  Hair BROWN

LOCATION OF SERVICE  2042 ... S ...PERIOR ST
CHIC...O, ..., 60612

Date Of Service  6/17/08    ... of Service  6:18 PM

TERRENCE RYAN                6/19/2008
Special Process Server
P.E.R.C. #129-238426

Under penalties of perjury as provid... ... la... ...suant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are tru... ... ... ...xcept as to matters therein stated to be on information and belief and such matters the undersigned certifies a... ... ... ...t he she verily believes same to be true.