IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL CARPET CORP.,<br><br>Defendant. | 08 CV 3401<br><br>JUDGE DARRAH<br><br>MAGISTRATE JUDGE BROWN |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that on July 17, 2008 pursuant to Fed. R. Civ. P. 41(a)(1)(i), the plaintiffs hereby voluntarily dismiss this action with prejudice.

TRUSTEES OF THE CHICAGO
REGIONAL COUNCIL OF CARPENTERS
PENSION FUND, et al.

By: /s/ Amy Elizabeth Paluch Epton
Whitfield McGann & Ketterman
111 E. Wacker Dr, Suite 2600
Chicago, IL  60601
(312) 25109700 Fax. (312) 251-9701